IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TYEE KYVELOS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-6248-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Kathryn Tassinari
Robert A. Baron
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, Oregon 97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

David M. Blume
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 21, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#17).

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED. Judgment will be entered.

Dated this _9th_ day of January, 2008.

    /s/ Garr M. King
    Garr M. King
    United States District Judge

Page 2 - ORDER