IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TYEE KYVELOS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>   Defendant. | Civil Case No. 06-6248-PK<br><br>JUDGMENT |

Kathryn Tassinari
Robert A. Baron
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, Oregon  97401

  Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

David M. Blume
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED and this action is dismissed.

    Dated this _____9/15_____ day of January, 2008.

                              _____
                              Garr M. King
                              United States District Judge